IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY

03 OCT 10 AM 9: 30

S. DIST. OHIO
WESTERN DIV. DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s) | |
| vs. | Case Number: CR-1-98-46 |
| EDGAR F. BRADLEY, et al, | |
| Defendant(s) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EDGAR F. BRADLEY, II, | |
| Plaintiff(s) | |
| vs. | Case Number: C-1-02-8 |
| UNITED STATES OF AMERICA, | |
| Defendant(s) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EDGAR F. BRADLEY, | |
| Plaintiff(s) | |
| vs. | Case Number: C-1-02-9 |
| UNITED STATES OF AMERICA, | |
| Defendant(s) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROY BRADLEY,

    Plaintiff(s)

vs.

UNITED STATES OF AMERICA,

    Defendant(s)

: Case Number: C-1-02-10

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EDGAR F. BRADLEY, II,

    Plaintiff(s)

vs.

UNITED STATES OF AMERICA,

    Defendant(s)

: Case Number: C-1-02-228

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EDGAR F. BRADLEY, II,

    Plaintiff(s)

vs.

UNITED STATES OF AMERICA,

    Defendant(s)

: Case Number: C-1-02-290

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EDGAR F. BRADLEY, II,

    Plaintiff(s)

vs.

UNITED STATES OF AMERICA,

    Defendant(s)

: Case Number: C-1-02-299

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EDGAR F. BRADLEY, II, et al, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: C-1-02-318 |
| LINDA SANDERS, et al, | : |
| Defendant(s) | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

The above-captioned matters are hereby TRANSFERRED from the docket of Chief Judge Walter Herbert Rice to the Eastern Division for reassignment.

IT IS SO ORDERED.

_____
Walter Herbert Rice, Chief Judge
United States District Court