UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS OHIO

Bradley v. USA                                    Case Number: CR-1-98-46

NOTICE

Edgar F Bradley, II           represented by Edgar F Bradley, II
                                             03012-061
                                             6532 Dawson Road
                                             Cincinnati, Ohio 45243-2332
                                             PRO SE

*Not enclosed*

Docket for CIVIL DOCKET FOR CASE #: 1:02-cv-00299, 1:02-cv-00228, and 1:02-cv-00008, 1:02-cv-290 are incorrect, please correct fed number and address in your record.

                                                    Edgar F Bradley, II

Annexed docket in each case attached.

Certificate of Service

I, Edgar F Bradley, II declare that a true copy of this notice was mailed November 11, 2003 to, United States District Court, Southern District of Ohio, Columbus, Ohio, and Thomas Voracek, US Department of Justice, Tax Division NCES, 600 E. Street NW, Room 5617, Washington, DC 20530.

State of Ohio...........)
                       )ss.:
County of Hamilton..)

Sworn and subscribed before me on this 11th day of November 2003. Type of identification, driver license.

Witness my hand and official seal.

                                                                    seal

*BKSaberton*

BELINDA K. SABERTON
Notary Public, State of Ohio
My Commission Expires 11-06-05

Bradley v. USA
Assigned to: James L Graham
Referred to: Mark R. Abel
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/30/02
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

---

**Edgar F Bradley, II**   represented by   **Edgar F Bradley, II**
03010-061
Society of the Greens
7672 Montgomery Road
377 rear
Cincinnati, OH 45236
PRO SE

V.

**Respondent**

---

**USA**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/31/2003 |   | NOTICE: All future documents are to be filed in the criminal case 1:98-cr-46 in Columbus. (pl, ) (Entered: 10/31/2003) |
| 10/10/2003 |   | Case Reassigned to Judge James L Graham and Mark R. Abel. Judge Unassigned no longer assigned to the case. (pl, ) (Entered: 10/31/2003) |
| 10/10/2003 | 4 | ORDER - The case as to Edgar Francis Bradley II, is TRANSFERRED from the docket of Judge Walter H Rice to the Eastern District for reassignment. Judge Walter H Rice no longer assigned to the case. (sc, ) (Entered: 10/10/2003) |
| 10/10/2003 | 3 | ORDER - The matter is hereby TRANSFERRED from the docket of the Hon. Susan J. Dlott to the docket of the Hon. Walter H Rice, Chief Judge. Judge Susan J Dlott no longer assigned to the case. (sc, ) (Entered: 10/10/2003) |
| 07/25/2002 | 2 | ORDER/NOTICE by Clerk Case reassigned to Judge Susan J. Dlott (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/25/2002) |

| Date | # | Entry |
|---|---|---|
| 07/25/2002 | 1 | ORDER by Judge Herman J. Weber Case reassigned/transferred to the Clerk of the USDC for reassignment (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/25/2002) |
| 04/30/2002 |  | MOTION by petitioner to vacate set aside or correct sentence pursuant to 28:2255; SEE CR-1-98-46-2 (doc. 475) & for all further entries ( no pgs: 6+) (wam) Modified on 05/02/2002 (Entered: 05/01/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/07/2003 11:40:26 | | | |
| PACER Login: | ec0278 | Client Code: | |
| Description: | Docket Report | Case Number: | 1:02-cv-00299-JLG-MRA |
| Billable Pages: | 1 | Cost: | 0.07 |

U.S. District Court [LIVE]
LIVE - U.S. District Court, Southern District of Ohio (Cincinnati)
CIVIL DOCKET FOR CASE #: 1:02-cv-00228-JLG-MRA

Bradley v. USA
Assigned to: James L Graham
Referred to: Mark R. Abel
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/04/02
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**
-----------------------

**Edgar F Bradley, II**

represented by Edgar F Bradley, II
03010-061
Society of the Greens
7672 Montgomery Road
377 rear
Cincinnati, OH 45236
PRO SE

V.

**Respondent**
-----------------------

**United States of America**

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 10/31/2003 |  | NOTICE: All future documents are to be filed in the criminal case 1:98-cr-46 in Columbus (pl, ) (Entered: 10/31/2003) |
| 10/10/2003 |  | Case Reassigned to Judge James L Graham and Mark R. Abel. Judge Unassigned no longer assigned to the case. (pl, ) (Entered: 10/31/2003) |
| 10/10/2003 | 5 | ORDER - The case as to Edgar Francis Bradley II, is TRANSFERRED from the docket of Judge Walter H Rice to the Eastern District for reassignment. Judge Walter H Rice no longer assigned to the case. (sc, ) (Entered: 10/10/2003) |
| 10/10/2003 | 4 | ORDER - The matter is hereby TRANSFERRED from the docket of the Hon. Susan J. Dlott to the docket of the Hon. Walter H Rice, Chief Judge. Judge Susan J Dlott no longer assigned to the case. (sc, ) (Entered: 10/10/2003) |
| 07/25/2002 | 3 | ORDER/NOTICE by Clerk Case reassigned to Judge Susan J. Dlott (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/25/2002) |

| | | |
|---|---|---|
| 07/25/2002 | 2 | ORDER by Judge Herman J. Weber Case reassigned/transferred to the Clerk of the USDC for reassignment (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/25/2002) |
| 04/04/2002 | 1 | MOTION by petitioner to vacate set aside or correct sentence pursuant to 28:2255; SEE CR-1-98-46-2 for all further entries ( no pgs: 6+) (wam) (Entered: 04/05/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/07/2003 11:38:10 | | | |
| PACER Login: | ec0278 | Client Code: | |
| Description: | Docket Report | Case Number: | 1:02-cv-00228-JLG-MRA |
| Billable Pages: | 1 | Cost: | 0.07 |

U.S. District Court [LIVE]
LIVE - U.S. District Court, Southern District of Ohio (Cincinnati)
CIVIL DOCKET FOR CASE #: 1:02-cv-00008-JLG-MRA

Bradley v. USA
Assigned to: James L Graham
Referred to: Mark R. Abel
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 01/04/02
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

---

**Edgar F Bradley, II**              represented by  **Edgar F Bradley, II**
03010-061
Society of the Greens
7672 Montgomery Road
377 rear
Cincinnati, OH 45236
PRO SE

V.

**Respondent**

---

**United States of America**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/31/2003 | | NOTICE: Parties must file all future pleadings in the criminal case (1:98-cr-46) in Columbus. (pl, ) (Entered: 10/31/2003) |
| 10/10/2003 | | Case Reassigned to Judge James L Graham and Mark R. Abel. Judge Unassigned no longer assigned to the case. (pl, ) (Entered: 10/31/2003) |
| 10/10/2003 | 4 | ORDER - The case as to Edgar Francis Bradley II is TRANSFERRED from the docket of Judge Walter H Rice to the Eastern District for reassignment. Judge Walter H Rice no longer assigned to the case. (sc, ) (Entered: 10/10/2003) |
| 10/10/2003 | 3 | ORDER - The matter is hereby TRANSFERRED from the docket of the Hon. Susan J. Dlott to the docket of the Hon. Walter H Rice, Chief Judge. Judge Susan J Dlott no longer assigned to the case. (sc, ) (Entered: 10/10/2003) |
| 07/25/2002 | 2 | ORDER/NOTICE by Clerk Case reassigned to Judge Susan J. Dlott (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/25/2002) |

| | | |
|---|---|---|
| 07/25/2002 | 1 | ORDER by Judge Herman J. Weber Case reassigned/transferred to the Clerk of the USDC for reassignment to another district judge (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/25/2002) |
| 01/04/2002 | | MOTION by petitioner Edgar F Bradley II to vacate set aside or correct sentence pursuant to 28:2255; SEE CR-1-98-46 for all further entries ( no pgs: 7+) (wam) (Entered: 01/09/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/07/2003 11:42:24 | | | |
| PACER Login: | ec0278 | Client Code: | |
| Description: | Docket Report | Case Number: | 1:02-cv-00008-JLG-MRA |
| Billable Pages: | 1 | Cost: | 0.07 |