UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Edgar Francis Bradley, II<br>Roy Claudius Bradley<br><br>    Plaintiff<br><br>    v.<br><br>United States of America<br><br>    Defendant | **JUDGMENT IN A CIVIL CASE**<br>Case Number 1:02-cv-009,<br>    1:02-cv-318<br>    1:02-cv-008<br>    1:02-cv-228<br>    1:02-cv-290<br>    1:02-cv-299<br>    1:02-cv-010<br>    1:98-cr-046-1,2,3 |

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court**.  This action came to trial before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]   **Decision by Court without trial or hearing.**

      **IT IS ORDERED AND ADJUDGED that JUDGMENT is hereby entered dismissing the motions to vacate sentence and these actions are DISMISSED.**

| | |
|---|---|
| **March 31, 2005**<br>Date | **JAMES BONINI**<br>Clerk |
| | |
| | s/Beverly J. White<br>Deputy Clerk |